IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC., and<br>BIG 3 PACKAGING, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>HENKEL CORPORATION,<br>DIAL CORPORATION, and<br>HENKEL CONSUMER GOODS, INC.,<br><br>        Defendants.<br><br>HENKEL CORPORATION, THE DIAL<br>CORPORATION (erroneously sued as<br>DIAL CORPORATION), and HENKEL<br>CONSUMER GOODS INC. (erroneously<br>sued as HENKEL CONSUMER GOODS,<br>INC.),<br><br>        Counterclaimants,<br><br>v.<br><br>COT'N WASH, INC., and<br>BIG 3 PACKAGING, LLC,<br><br>        Counterdefendants. | Civil Action No. 1:12-cv-00650-SLR<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT THE DIAL CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant/counterclaimant The Dial Corporation ("Dial") by and through its undersigned counsel, hereby discloses the following:

    1.    Dial, a nongovernmental corporation, is a wholly-owned subsidiary of Henkel Consumer Goods, Inc., which is a wholly-owned subsidiary of Henkel Corporation. Henkel

#515146

Corporation is a wholly-owned subsidiary of Henkel of America, Inc. None of those entities is a publicly-held corporation.

2. Henkel of America, Inc., is a wholly-owned subsidiary of Henkel AG & Co. KGaA, a German corporation that is publicly traded on the Frankfurt Stock Exchange.

3. Based on currently available information, no other publicly-held corporation owns 10% or more of Dial's stock.

4. Other than Henkel AG & Co. KGaA, Dial is not aware of any publicly-owned corporation, not a party to the matter, that has a financial interest in the outcome of the matter (*e.g.*, by reason of insurance, a franchise agreement, or an indemnity agreement).

Nothing in this statement shall be construed as a waiver by Dial of any challenge or defense to the complaint, to service thereof, or other defense or argument, all of which are reserved.

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ Laina M. Herbert
J. Clayton Athey (DE Bar # 4378)
Laina M. Herbert (DE Bar # 4717)
1310 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
jcathey@prickett.com
lmherbert@prickett.com

*Attorneys for Defendants/Counterclaimants*

OF COUNSEL:

Christopher T. Holland
Kenneth E. Keller
Sharon A. Lai
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor

San Francisco, CA  94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333
cholland@kksrr.com
kkeller@kksrr.com
slai@kksrr.com

DATED:  August 1, 2012

3

#515146